AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brotman, Stanley S | U.S.D.C, New Jersey | 7/09/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge/Sr. Status | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 6030 M.H. Cohen US Courthouse 4th & Cooper Streets, Box 1029 Camden, NJ 08102-1029 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUL 14 A 10: 38 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Director. American Automobile Association, Club of South New Jersey |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Law Association | 3.23-24.07 | New York , NY | Dinner | Lodge. Food |
| 2. | New Jersey Bar Association | 5 17 07 | Atlantic City. NJ | Past President Luncheon | Food |
| 3. | AAA South Jersey (See Section VIII | 6 21-24 07 | St. Michaels, MD | Retreat | Lodge. Food |
| 4. | Third Circuit Judicial Conference | 4.29-5 01.07 | Philadelphia. PA | Conference of Judges | Lodge. Food |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 7/09/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 7/09/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Advantage Primary Liq. Fd/Oppenheimer | A | Interest | J | T | | | | | |
| 2. U.S. Enviro Systems, Inc. c/s (formerly Cogenic Energy ) Sys | | None | J | T | | | | | |
| 3. General Electric c/s | B | Dividend | L | T | | | | | |
| 4. Xerox Corporation c/s | A | Dividend | K | T | | | | | |
| 5. PNC Bank c/s | B | Dividend | K | T | | | | | |
| 6. Sun Nat. Bank, Vineland, NJ (chkg acct) | B | Interest | J | T | | | | | |
| 7. Israel Bonds | A | Interest | J | T | | | | | |
| 8. Wachovia Cap. Acct., formerly Command Money Fund/Prudential | B | Interest | J | T | | | | | |
| 9. Wachovia Corp. | A | Dividend | K | T | | | | | |
| 10. Israel Bonds | A | Interest | J | T | | | | | |
| 11. Minotola National Bank, Vineland, NJ (checking) | A | Interest | J | T | | | | | |
| 12. ▓▓▓▓ TRUST: | | | | | | | | | |
| 13. -GlenmedeFund Inc.-Tax Exempt Cash Port prin. cash & reserve | C | Interest | K | T | | | | | |
| 14. - Manalapan Eng. NJ Regl Brd Ed (dtd 6/1/93: due 5/1/07 | C | Interest | | T | Maturity | 6/1 | L | | |
| 15. - Gloucester Cnty NJ G. O. (dtd 10/1/97: due 2/1/08) | B | Interest | L | T | | | | | |
| 16. - General Electric Co. c/s | B | Dividend | L | T | Partial Sale | 1/23 | J | D | |
| 17. - Colgate Palmolive Co. c/s | A | Dividend | K | T | Partial Sale | 1/23 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 $1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 7/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Johnson & Johnson c/s | A | Dividend | K | T | Partial Sale | 1/23 | J | D | |
| 19. | | | | T | Partial Sale | 4/24 | K | D | |
| 20. - Royal Dutch Petroleum NY shares c/s | B | Dividend | L | T | | | | | |
| 21. - City Group, Inc. c/s | B | Dividend | K | T | Partial Sale | 1/23 | J | D | |
| 22. | | | K | T | Partial Sale | 4/24 | J | D | |
| 23. - Bank of America c/s | B | Dividend | K | T | | | | | |
| 24. - Automatic Data Processing, Inc. c/s | A | Dividend | K | T | Partial Sale | 1/23 | J | C | |
| 25. - Microsoft Corp, c/s | A | Dividend | K | T | | | | | |
| 26. - Intel Corp. c/s | B | Dividend | J | T | | | | | |
| 27. - Chase Manhattan Corp.c/s | A | Dividend | J | T | | | | | |
| 28. Daimler Chrysler c/s | A | Dividend | J | T | | | | | |
| 29. IBM c/s | A | Dividend | M | T | Partial Sale | 1/23 | J | B | |
| 30. Pepsico, Inc. c/s | A | Dividend | J | T | | | | | |
| 31. Specialty Retail Group, Inc. c/s | | None | J | T | | | | | |
| 32. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 33. - Glenmede Fund, Inc.: Strategic Equity Port | A | Int/Div | M | T | | | | | |
| 34. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |

| 1. Income Gain Codes: | A  S1,000 or less | B =S1,001 - S2,500 | C  S2,501 - S5,000 | D =S5,001 - S15,000 | E  S15,001 - S50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1  S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| (See Columns C1 and D3) | N =S250,001 - S500,000 | O  S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2  S5,000,001 - S25,000,000 | |
| | P3 =S25,000,001 - S50,000,000 | | P4 =More than S50,000,000 | | |
| 3. Value Method Codes | Q  Appraisal | R =Cost (Real Estate Only) | S =Assessment | T  Cash Market | |
| (See Column C2) | U  Book Value | V  Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 7/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Glenmede Fund, Inc.: Strategic Equity Part | A | Int/Div | K | T | | | | | |
| 36. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 37. - Glenmede Fund, Inc.: Strategic EquityPart | B | Dividend | L | T | | | | | |
| 38. Verizon c/s | A | Dividend | J | T | | | | | |
| 39. Pepsico, Inc. c/s | A | Dividend | J | T | | | | | |
| 40. Motorola, Inc. c/s | A | Dividend | J | T | | | | | |
| 41. J.P.Morgan Chase c/s | A | Dividend | K | T | | | | | |
| 42. Intel c/s | A | Dividend | K | T | | | | | |
| 43. Israel Bonds | A | Interest | J | T | | | | | |
| 44. Vodaphone AirTouch c/s | A | Dividend | K | T | | | | | |
| 45. ████████TRUST: | | | | | | | | | |
| 46. - Home Depot, Inc. c/s | A | Dividend | K | T | Partial Sale | 1/23 | J | B | |
| 47. | | | | T | Sale | 9/11 | J | B | |
| 48. - American International Group c/s | A | Dividend | | T | Sale | 11.20 | K | | |
| 49. - Exxon Mobil Corp. c/s | B | Dividend | K | T | | | | | |
| 50. - Sayreville, NJ (dtd 9/1/00; 4.6% Due 9/1/10) | B | Interest | K | T | | | | | |
| 51. - Mercer County, NJ Impt.(dtd 12/15/00 4.4%,due 11/1/10) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 7/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Ocean City,NJ FSA G.O.(dtd 4/1/98 4.5%;due 4/1/08) | B | Interest | K | T | | | | | |
| 53.   THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 54.   - Glenmede Fund, Inc.: Strategic Equity Part | B | Dividend | L | T | | | | | |
| 55.   THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 56.   - Glenmede Fund, Inc.: Strategic Equity Part | B | Dividend | K | T | | | | | |
| 57.   THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 58.   - Glenmede Fund, Inc.: Strategic Equity Port | B | Dividend | K | T | | | | | |
| 59.   Verizon Communications c/s | A | Dividend | J | T | | | | | |
| 60.   Unique Mobility, Inc. c/s | A | Dividend | J | T | | | | | |
| 61.   ████████ TRUST: | | | | | | | | | |
| 62.   -Glassboro,NJSchlDist,FSA, dtd 7/1/01,4 3/4%,7/1/11 | A | Interest | | T | Redemption | 7/06 | K | A | |
| 63.   - Medtronic, Inc. c/s | A | Dividend | K | T | | | | | |
| 64.   - NJ SY EDL FACS Auth Re Ambac dtd 7/1/01 4.3% 7/1/11 | A | Interest | K | T | | | | | |
| 65.   THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 66.   - Glenmede Fund, Inc.: Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 67.   - Vanguard Institutional Index 500 FD | B | Dividend | L | T | Partial Sale | 1/24 | J | B | |
| 68.   THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 7/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Glenmede Fund, Inc. - Strategic Equity Part | A | Dividend | J | T | | | | | |
| 70. - Vanguard Institutional Index 500 FD | B | Dividend | K | T | Partial Sale | 1/24 | J | B | |
| 71. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 72. - Vanguard Institutional Index 500 Fund | A | Dividend | K | T | | | | | |
| 73. ███████ TRUST | | | | | | | | | |
| 74. - NJ SPORTS&EXPOSITION dtd 1/1/02 4.6% due 3/1/12 | B | Interest | K | T | | | | | |
| 75. - Target Corp. c/s | A | Dividend | K | T | | | | | |
| 76. - United Parcel Service c/s | A | Dividend | K | T | Partial Sale | 4/24 | J | B | |
| 77. | | | | T | Sale | 8/21 | J | B | |
| 78. NJ ST.HSG&MTG FIN AC'Y BOND dtd 2/05/02;due 5/1/08 3.65% | A | Interest | K | T | Part. Redemp | 11/1 | J | | |
| 79. State of Israel Bond dtd 2/01/02 4.0% | A | Interest | J | T | | | | | |
| 80. State of Israel Bond dtd 12/01/02 4.0% | A | Interest | J | T | | | | | |
| 81. Amgen, Inc. c/s | A | Dividend | J | T | | | | | |
| 82. Mercer Cnty,NJ Imp.Auth.dtd 8/01/02;due 8/01/09 3.25% | A | Interest | K | T | | | | | |
| 83. Davis N.Y. Venture Fund Class C | A | Dividend | K | T | | | | | |
| 84. Lucent Technologies, now known as Alcatel-Lucent | A | Dividend | J | T | | | | | |
| 85. Allianz RCM Innovation Fund now known as RCM Global Technol. | A | Interest | J | T | | | | | |

1. Income Gain Codes.    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 7/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Prudential Financial, Inc.. | A | Dividend | J | T | | | | | |
| 87.  S.J. Port. Corp., NJ Rev, 3.50, dtd 12/01/02, due 1/01/09 | A | Interest | K | T | | | | | |
| 88.  FAMILY TRUST | | | | | | | | | |
| 89.  - Goldman Sacks Group c/s | A | Dividend | L | T | Partial Sale | 1/23 | J | D | |
| 90. | | | | T | Partial Sale | 4/24 | J | D | |
| 91.  - Intel Corp., c/s | A | Dividend | J | T | | | | | |
| 92.  ▆▆▆▆ TRUST | | | | | | | | | |
| 93.  - Devon Energy Corp., c/s | A | Dividend | J | T | | | | | |
| 94.  - Johnson Controls, c/s | A | Dividend | K | T | Partial Sale | 1/23 | J | D | |
| 95. | | | | T | Stock Split | 10/23 | J | D | |
| 96.  - Lowes Cos, Inc. c/s | A | Dividend | | T | Sale | 11/20 | J | | |
| 97.  - Oracle Systems, c/s | | None | K | T | Partial Sale | 1/23 | J | B | |
| 98.  - 3M Co, c/s | A | Dividend | K | T | Partial Sale | 4/24 | J | | |
| 99.  - Wachovia Corporation. c/s | A | Dividend | K | T | Partial Sale | 1/23 | J | A | |
| 100. | | | | T | Sale | 11/20 | K | | |
| 101.  - Kellogg Co.. c/s | A | Dividend | J | T | Partial Sale | 1/23 | J | B | |
| 102.  - Proctor & Gamble Co., c/s | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2  More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q  Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 7/09/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Varian Medical Systems, Inc., c/s | A | Dividend | K | T | | | | | |
| 104. Freescale Semiconductor, c/s | | None | J | T | Merger | 12/4 | J | | |
| 105. - Abbott Laboratories, c/s | A | Dividend | K | T | | | | | |
| 106. - Oil Service Holders Trus | A | Dividend | | T | Sale | 1/23 | J | C | |
| 107. - Royal Dutch Shell PLC-ADR c/s | A | Dividend | J | T | | | | | |
| 108. - Gillette Co, c/s | A | Dividend | K | T | | | | | |
| 109. - Varian Medical Sys, Inc. c/s | A | Dividend | K | T | Partial Sale | 1/23 | J | B | |
| 110. - Pepsico, Inc., c/s | A | Dividend | J | T | | | | | |
| 111. - Proctor & Gamble Co., c/s | A | Dividend | J | T | | | | | |
| 112. - EMC Corp., c/s | A | Interest | | T | Sale | 4/24 | K | B | |
| 113. - Pepsico, Inc., c/s | A | Dividend | K | T | | | | | |
| 114. - Wyeth, c/s | A | Dividend | K | T | | | | | |
| 115. - Marlbvoro Twp., NJ Brd Ed. dtd 7/15/04 4.5%, due 7/15/13 | B | Interest | L | T | | | | | |
| 116. Ktron Int'l. Inc. c/s | | None | J | T | | | | | |
| 117. GLENMEDE TRUST Investment Advisory | | | | | | | | | |
| 118. Glenmede Fund, Inc. - Tax Exempt Cash Port dtd 10/14/88 | C | Interest | J | T | | | | | |
| 119. ██████ TRUST | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 7/09/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Boeing Co. c/s | A | Dividend | K | T | | | | | |
| 121. - Illinois Tool Works, c/s | A | Dividend | K | T | | | | | |
| 122. - Texas Instruments, Inc. c/s | A | Dividend | K | T | Partial Sale | 1/23 | J | | |
| 123. - United Technologies Corp., c/s | A | Dividend | K | T | | | | | |
| 124. - Glenmede Fund, Inc. -International Port | B | Dividend | K | T | | | | | |
| 125. - Tweedy Brown Global Value Fund | A | Dividend | K | T | | | | | |
| 126. - William Blair Inst. Intl. Growth Fund | B | Dividend | K | T | | | | | |
| 127. - Glenmede Fund, Inc. - International Port | B | Dividend | J | T | | | | | |
| 128. - Quest Diagnostics, Inc. c/s | A | Dividend | K | T | | | | | |
| 129. - Teva Pharmaceutical, c/s | A | Dividend | J | T | | | | | |
| 130. - William Blair Inst. Intl. Growth Fund | B | Dividend | J | T | | | | | |
| 131. -Glenmede Fund, Inc. - International Port | B | Dividend | J | T | | | | | |
| 132. -General Electric Cap. Corp., dtd 4/28/06, 5.5% due 4/28/11 | C | Interest | L | T | | | | | |
| 133. - United Technologies Corp., dtd 4/29/02 6.1% due 5/15/2012 | C | Interest | L | T | | | | | |
| 134. - J.P. Morgan Chase & Co., dtd 11/25/02 5.75% due 1/2/2013 | B | Interest | K | T | | | | | |
| 135. - Citigroup, Inc. dtd 2/21/02 6% due 2/21/2012 | C | Interest | L | T | | | | | |
| 136. - Glenmede Fund, Inc. - International Port | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 7/09/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Tweedy Brown Global Value Fund | A | Dividend | K | T | | | | | |
| 138. -William Blair Intl. Growth - I | A | Dividend | K | T | | | | | |
| 139. Franklin Bk CD 5% dtd 4/6/06 due 4/5/07 | C | Interest | | T | Redemption | 4/5 | L | | |
| 140. Florida Cap. Natl. DC 5% dtd 4/12/06 due 4/12/07 | C | Interest | | T | Redemption | 4/12 | L | | |
| 141. Washington Mutual Bank CD 5.15% dtd 6/7/06 due 6/7/07 | D | Interest | | T | Redemption | 6/7 | L | | |
| 142. Nat. Bank NA DC 5/15% dtd 6/7/06 due 6/7/07 | D | Interest | | T | Redemption | 6/7 | L | | |
| 143. GMAC Auto CD 5.15% dtd 9/13/06 due 9/13/07 | D | Interest | | T | Redemption | 9/13 | L | | |
| 144. First Bank PR CD 5.1% dtd 12/22/06 due 12/22/08 | D | Interest | L | T | | | | | |
| 145. Passaic Cnty Ref. 5.05% dtd 9/1/03 due 9/1/08 | C | Interest | L | T | | | | | |
| 146. ████████ TRUST | | | | | | | | | |
| 147. -FLP Group, Inc. c/s | A | Dividend | K | T | Buy | 1/23 | K | | |
| 148. -Walt Disney Company (dtd) 7/18/06, 5.7% due 7/15/11 | B | Interest | L | T | Buy | 1/23 | L | | |
| 149. -William Blair Int. Growth Fund | B | Interest | K | T | Buy | 1/24 | K | | |
| 150. -Boeing Co. (dtd 2/11/03) f.125%, Due 2/15/13 | B | Interest | K | T | Buy | 1/29 | K | | |
| 151. -Broadridge Financial Solutions, Inc. | A | Dividend | J | T | Spin-Off | 2/23 | J | | |
| 152. | | | | T | Sold | 4/24 | J | B | |
| 153. -Dell, Inc. c/s | A | Dividend | K | T | Buy | 4/24 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 7/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Glenmede Fund, Inc., International Port | A | Dividend | J | T | Buy | 4/24 | J | | |
| 155.  -Rockwell Collins, c/s | A | Dividend | J | T | Buy | 4/24 | J | | |
| 156.  -Tweedy Brown Global Value Fund | A | Dividend | J | T | Buy | 4/24 | J | | |
| 157.  -William Blair Intl. Growth Fund | A | Dividend | J | T | Buy | 4/24 | J | | |
| 158.  -Express Scripts, c/s | A | Dividend | J | T | Buy | 8/21 | J | | |
| 159.  -Omnicom Group, c/s | A | Dividend | J | T | Buy | 8/21 | J | | |
| 160.  -Glenmede Fund, Inc., Large Cap. 100 Port | A | Dividend | K | T | Buy | 8/22 | K | | |
| 161.  -Pepsico Inc., dtd 5/21/07, 5.15%, 5/512 | B | Interest | K | T | Buy | 8/30 | K | | |
| 162.  -Proctor & Gamble Co, 8/10/04, 4.95 %, 8/15/14 | A | Interest | K | T | Buy | 11/30 | K | | |
| 163.  -NJ Sports & Exposition, dtd 1/1/02 4/6%, 3/1/12 | B | Interest | K | T | Buy | 11/27 | K | | |
| 164.  -NJ Sports & Exposition, dtd 1/1/02 4.6%, 3/1/12 | A | Interest | K | T | Buy | 11/27 | K | | |
| 165.  -Emerson Electric Co, dtd 12/11/02 5%, 12/15/14 | B | Interest | K | T | Buy | 12/14 | K | | |
| 166.  Davis NY Venture Group | A | Dividend | K | T | Buy | 4/13 | K | | |
| 167.  Capmark Bank, Midvale, VT. CD. dtd 4/18/07 due 4/18/08, 5% | B | Interest | L | T | Buy | 4/13 | L | | |
| 168.  Bank of Oklahoma, Tulsa. CD, 5/1%, dtd 6/13/07 due 6/13/08 | C | Interest | L | T | Buy | 6/04 | L | | |
| 169.  Cape May Cnty NJ, dtd 12/1/04, due 12/01/07, 2.5% | A | Interest | K | T | Buy | 9/07 | K | | |
| 170. | | | | T | Redeemed | 12/03 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2  More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3  $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q  Appraisal | R  Cost (Real Estate Only) | S  Assessment | T =Cash Market | |
| | U  Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 7/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Davis NY Venture Fd. CLC | A | Dividend | K | T | Buy | 4/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q  Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

As to Section IV

(a) Section IV, entry 3, reflects travel involving accompanying spouse, a Director, to a retreat in St. Michaels, MD. The company assumed the expenses of all spouses of Directores attending this event. See Guide to Judiciary Policies and Procedures, Vol. II, Chapter VI, Part G, Section 5(b)(7).

As to Section VII

(a) Entry 46 of this report reflects a consolidation of entries 46 and 103 of the 2006 Financial Disclosure Report.
(b) Entry 76 of this report reflects a consolidation of entries 77, 91, and 92 of the 2006 Financial Disclosure Report.
(c) Entry 89 of this report relfects a consolidation of entries 89 and 90 of the 2006 Financial Disclosure Report.
(d) Entry 98 of this report reflects a consolidation of entries 102 and 110 of the 2006 Financial Disclosure Report.
(e) Entry 99 of this report reflects a consolidation of entries 104 and 115 of the 2006 Financial Disclosure Report.
(f) Entry 101 of this report reflects a consolidation of entries 105 and 120 of the 2006 Financial Disclosure Report.
(g) Entry 121 of this report reflects a consolidation of entries 134 and 135 of the 2006 Financial Disclosure Report.
(h) Entry 122 of this report reflects a consolidation of entries 136 and 144 of the 2006 Financial Disclosure Report.
(i) Entry 151 of this report reflects a spin-off from Automatic Data Processing, Inc. (Entry 24 of this report).

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S | 7/09/2008 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544